**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                  Case No: 20-10217
    Emma Alvarado                                        Chapter 13

_____Debtors_____/

## MOTION TO ALLOW POWER OF ATTORNEY TO APPEAR ON BEHALF OF DEBTOR EMMA ALVARADO

    The Debtor, Emma Alvarado, by and through undersigned counsel, files this Motion to Allow Power of Attorney to Appear on Behalf of Debtor Emma Alvarado and in support hereof states as follows:

1. Debtor filed this Chapter 13 Case on January 8, 2020.

2. The Debtor is 89 years old and travelling is very difficult for her.

3. The Debtor's daughter, Patricia Silverstein, holds a Power of Attorney and will be able to testify on behalf of the Debtor at the Meeting of Creditors.

4. A copy of the Power of Attorney is attached to this Motion.

    WHEREFORE, Debtor respectfully requests that this Court enter an Order Granting Debtor's Motion to Allow Power of Attorney to Appear on Behalf of Debtor Emma Alvarado.

    **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

Respectfully Submitted,
February 5, 2020

/s/ Emil Fleysher

_____

Emil Fleysher, FBN 81966
The Law Office of Emil Fleysher, P.A.
715 East Hillsboro Blvd., Suite 100
Deerfield Beach, FL  33441
Tel.: 954-484-9987
Fax: 954-949-9171
emil@fleysherlaw.com

# EMMA ALVARADO
## GENERAL DURABLE POWER OF ATTORNEY

THIS DURABLE POWER OF ATTORNEY IS NOT TERMINATED BY SUBSEQUENT INCAPACITY OF THE PRINCIPAL EXCEPT AS PROVIDED IN CHAPTER 709, FLORIDA STATUTES.

THIS DURABLE POWER OF ATTORNEY IS EXERCISABLE AS OF THE DATE OF EXECUTION.

I, **EMMA ALVARADO**, as principal, residing at 1232 NW 6TH Avenue, Fort Lauderdale, FL 33311 hereby designate my daughter, Patricia Silverstein, as my Agent, for me, and in my name, place and stead:

1. To buy, receive, lease, accept or otherwise acquire; to sell and convey, mortgage, hypothecate, pledge, quit-claim, exchange or otherwise encumber or dispose of; to contract, give or take an option or agree for the acquisition, sale, conveyance, disposal or encumbrance (including the granting of easement or licenses) of any and all property as defined below or any custody, possession, interest or right therein, upon such terms, considerations and conditions as my said attorney in fact shall think proper; and to receive or order disposition of the proceeds thereof. The Attorney in fact herein named, and his successors are all granted the specific power and authority to sell, to convey, to maintain, to mortgage, to dispose of the following homestead real property, and to execute any and all documents necessary to effectuate the sale and/or conveyance, and to encumber, and to dispose of the following real property.

2. To extend, renew, replace, or increase any mortgage or mortgages now or hereafter affecting any of my real properties, including any homestead property I

now own or hereafter acquire, and any of my personal property, and, for such purposes, to sign, seal, acknowledge, and deliver any bond or note, or execute any extension, renewal, consolidation, apportionment, agreement, or any other instrument, sealed or unsealed, that may be useful or necessary to accomplish any of the foregoing purposes.

3. To obtain insurance of any kind, nature or description whatsoever, on any of my real properties, in connection with the management, use, or occupation thereof, or with respect to the rents, issues, and profits arising therefrom, or on any of my personal property, and to make, execute and file proof of any loss sustained or claimable thereunder, and all other instruments pertaining to same, and to make, execute and deliver receipts, releases or other discharges therefor, under seal or otherwise.

4. To file any proof of debt, or take any other proceedings, under the Bankruptcy Act or any law of any state or territory of the United States, in connection with any claim, debt, money, or demand, and, in any such proceeding or proceedings, to vote in the election of any trustee or assignee, and to demand, receive, and accept any dividend or distribution that may be or become payable therein or thereunder.

5. To enter upon and take possession of any of my real properties of which I may be entitled to possession.

6. To ask, collect, and receive any rents, profits, issues, or income from any and all of my real properties.

7. To pay any and all taxes, charges, and assessments that may be levied, assessed or imposed upon any and all of my real properties.

8. To demand, sue for, collect, recover, and receive all goods, claims, debts, moneys, interests, and demands now due, or that may hereafter become due or belong to me, including the right to institute any action, lawsuit, or legal proceeding for the recovery of any of my real properties of which 1 may be entitled to possession, and to make, execute, and deliver receipts, releases, or other discharges therefor, under seal or otherwise.

9. To make, execute, endorse, accept, collect, and deliver, and to pay all sums of money, at any time, that I may hereafter owe upon, any or all bills of exchange, checks, drafts, notes, and trade acceptances.

10. To sell, mortgage, or hypothecate any and all shares of stock, bonds, or other securities I now own or hereafter acquire, and to make, execute and deliver an assignment of any such shares of stock, bonds, or other securities, either absolutely or as collateral security.

11. To purchase tangible personal property or acquire leasehold interests in tangible personal property, including automobiles, and to sell or dispose of any and all interests in tangible personal property, including automobiles, whether I own such property outright or hold a leasehold interest therein.

12. To exercise all rights with respect to any corporate securities I now own or hereafter acquire, including but not limited to the right to vote by proxy or to refrain from voting, to participate in reorganizations and voting trusts, and to transfer securities to or from the name of a nominee.

13. To defend, settle, adjust, compound, submit to arbitration, and compromise all actions, lawsuits, accounts, reckonings, claims, and demands whatsoever now or hereafter pending between me and any person or entity, in such manner and in all respects as my Attorney-in-fact may deem proper.

14. To hire accountants, attorneys at law, investment counsel, clerks, tradesmen, and others, to discharge them, to appoint others in their place, and to compensate such persons as my Attorney-in-fact may deem proper.

15. To create, make, or purchase a contract for personal services on my behalf provided that such contract is for fair market value. Such power shall include the power to select my attorney-in-fact as the vendor of services under any such personal service contract created on my behalf

16. To sign and file any federal, state, or other income, gift, tangible or intangible personal property, or other tax returns, to make payment of any taxes due with such returns, to make payment of any required installments of estimated taxes, and to make, or decline to make, any elections permitted under the Internal Revenue Code and Regulations or any other applicable tax statutes or regulations.

17. To make, execute and deliver any application for public assistance as I may be entitled to, including, but not limited to, Social Security Disability Income, Supplemental Security Income, and Medicaid benefits, and to represent me in all proceedings to obtain same.

18. To make an election to take the elective share pursuant to Sections 732.201 and 732.2125(2), Florida Statutes.

19. To conduct all banking transactions as provided and enumerated in Section 709.2208(1), Florida Statutes including the following: to continue, modify, and terminate an account or other banking arrangement made by or on behalf of the principal; establish, modify, and terminate an account or other banking arrangement with a bank, trust company, savings and loan association, credit union, thrift company, brokerage firm, or other financial institution selected by the *Agent*;

contract for services available from a financial institution, including renting a safe deposit box or space in a vault; withdraw, by check, order, electronic funds transfer, or otherwise, money or property of the principal deposited with or left in the custody of a financial institution; receive statements of account, vouchers, notices, and similar documents from a financial institution and act with respect to them; and enter a safe deposit box or vault and withdraw or add contents.

20. To conduct all investment transactions as provided and enumerated in Section 709.2208(2), Florida Statutes, including the power to establish, change, close, or convert a custodian, pay on death, or any other type of investment or money holding account or arrangement with any bank, trust company, investment broker, or other securities dealer; and to have the authority to conduct all other investment transactions as provided in Section 709.2208(2), Florida Statutes. To conduct all investment transactions as provided and enumerated in Section 709.2208(2), Florida Statutes.

21. To contract with any institution for the maintenance of a safe-deposit box in my name; to have access to all safe-deposit boxes in my name or with respect to which I am an authorized signatory, whether the contract for such safe-deposit box was executed by me (either alone or jointly with others) or by my Attorney-in-fact in my name; and to add to and remove the contents of any such safe-deposit box and terminate any and all contracts for such boxes.

22. To transfer at any time, to the trustees of any revocable trust I created before or after the execution of this instrument, or created on my behalf pursuant to this instrument, as to which trust I am, during my lifetime, a primary income and principal beneficiary, any or all of my cash, property or interests in property, including any rights to receive income from any source.

_B.A._ 23. To create an inter vivos trust of which I would be deemed the grantor if I had created such trust personally.

_B.A._ 24. To create, fund, and maintain an Income Trust pursuant to 42 USC §1396(d)(4)(B) in order to qualify me for Medicaid or any other public assistance benefits.

_B.A._ 25. With respect to a trust created by me or on my behalf, to amend, modify, revoke, or terminate the trust, but only if the trust instrument explicitly provides for amendment, modification, revocation, or termination by the grantor's attorney-in-fact.

_B.A._ 26. To make outright to, or in trust or other arrangement for the benefit of any of my lineal descendants or heirs at law, a gift of any of my property, including by the exercise of a presently exercisable general power of appointment I may hold, an amount per donee not to exceed the annual dollar limits of the federal gift tax exclusion under 26 U.S.C. s. 2503(b), as amended, without regard to whether the federal gift tax exclusion applies to the gift, or, if my spouse agrees to consent to a split gift pursuant to 26 U.S.C. s. 2513, as amended, in an amount per donee not to exceed twice the annual federal gift tax exclusion limit.

_B.A._ 27. To consent, pursuant to 26 U.S.C. s. 2513, as amended, to split a gift made by my spouse in an amount per donee not to exceed the aggregate
annual gift tax exclusions for both spouses.

_B.A._ 28. To create or change rights of survivorship.

_C.A._ 29.  To create or change a beneficiary designation.

_C.A._ 30.  To waive my right to be a beneficiary of a joint and survivor annuity, including a survivor benefit under a retirement plan.

_C.A._ 31.  To disclaim property and powers of appointment.

I hold harmless any and all third parties who may act in reliance upon the authority granted to my Agent hereunder, from any loss suffered or any liability incurred as a result of actions taken prior to service upon such third patties of written notice, including, but not limited to, notice of revocation, suspension, or partial or complete termination of this Power of Attorney, notice of termination as a result of adjudication of my incapacity, notice of suspension by the filing of a petition to determine my incapacity or to appoint a guardian for me, or notice of my death.

I ratify and confirm all deeds and acts whatsoever that my Agent may do or perform, or cause to be done or performed, by virtue of this Power of Attorney.

A photocopy or electronic transmittal of this Power of Attorney shall be deemed to be an original hereof, and every person shall be fully protected in acting upon such photocopy as if it were the original.

This instrument may not be modified or amended orally.

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal on this 19th day of September, 2016.

_____
**EMMA ALVARADO**

Witnesses:

_____
Printed Name: Sciortino, Kim

_____
Printed Name: Ann A McCullough

STATE OF FLORIDA        )
COUNTY OF BROWARD   )

**I HEREBY CERTIFY** that on this day, before me, personally appeared **EMMA ALVARADO,** before me known to be the person described in and who executed the foregoing instrument and he acknowledged before me that he executed the same who produced FL Driver License as identification and who did take an oath.

**WITNESS** my hand and official seal in the County and State last aforesaid this 19th day of September, 2016.

NOTARY PUBLIC: Leticia Velazquez
_____
State of Florida at Large
My Commission Expires: 4/9/2017
(Seal)

LETICIA VELAZQUEZ
MY COMMISSION #FF006483
EXPIRES April 9, 2017